McGREGOR W. SCOTT
United States Attorney

MICHAEL G. PITMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-7938
Facsimile:   (202) 307-0054
Michael.G.Pitman@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| United States of America, | Civil No.  2:06-cv-2417-FCD-GGH |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Jack G. Gorman, Jr., *et al.*, | |
| Defendants. | |

Upon Motion of the United States of America, and for good cause shown, it is hereby ORDERED, pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6-144, that the following deadlines for the above captioned matter are extended as stated:

- Discovery shall be completed by February 12, 2008;
- All dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be heard no later than April 11, 2008;
- The Final Pretrial Conference is set for June 20, 2008 at 1:30 p.m.; and

ORDER                                     1

2931736.1

1      •      The Trial is set for August 26, 2008 at 9:00 a.m.

2

3      DATED this 20th day of December, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE