McGREGOR W. SCOTT
United States Attorney

MICHAEL G. PITMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-7938
Facsimile:   (202) 307-0054
Michael.G.Pitman@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Civil No.  2:06-cv-2417-FCD-GGH |
| Plaintiff, | ORDER |
| v. | |
| Jack G. Gorman, Jr., *et al.*, | |
| Defendants. | |

Upon Motion of the United States of America, and for good cause shown, it is hereby ORDERED, pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6-144, that the deadline for the hearing of the United States' Motion for Default Judgment Against Defendant Jack G. Gorman, Jr., filed on March 11, 2008 (Doc. # 18), is extended by thirteen days until April 24, 2008.

IT IS SO ORDERED.

DATED: March 12, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE