1  R TODD LUOMA, Cal. Bar No. 140066
   Law Offices of Richard Todd Luoma
2  11290 Stanford Court Lane, Suite 210
   Gold River, CA 95670
3  (916) 853-2090 (voice)
   (916) 853-2091 (fax)
4  rtluoma@taxlitigator.net

5  Attorneys for Defendant, SONJA W. GORMAN

6

          IN THE UNITED STATES DISTRICT COURT
7
          FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,        )      2:06-cv-2417 FCD GGH
10                                   )
            Plaintiff,               )      STIPULATION AND ORDER AS TO
11                                   )      FOR CONTINUANCE OF HEARING
         v.                          )      SCHEDULE FOR THE UNITES
12                                   )      STATES' MOTION FOR SUMMARY
   JACK G. GORMAN, JR., and          )      JUDGMENT
13 SONJA W. GORMAN,                  )
                                     )
14          Defendants.              )
   ──────────────────────────────────)
15
          Plaintiff, United States of America, and defendant, Sonja W. Gorman, through undersigned
16
   counsel move jointly to request a continuance of the hearing date for the United States' motion for
17
   summary judgment against defendant Sonja W. Gorman now set for April 11, 2008, based on the
18
   following:
19
          1.      The parties have commenced settlement negotiations to resolve the dispute between
20
   the United States and Defendant Sonja W. Gorman.
21
          2.      The parties will not be able to conclude the settlement negotiations prior to the
22
   deadline for defendant Sonja W. Gorman to submit her opposition to the motion for summary
23
   judgment because counsel for defendant has orders from the United States Navy Reserve to perform
24
   duty between March 24 and April 6, 2008, at Headquarters of the U.S. Third Fleet in San Diego,
25
   California.
26
          3.      The parties have agreed to continue settlement negotiations during counsel's
27
   performance of duties with the U.S. Navy Reserve.
28

4.      The parties hereby request a continuance of the hearing date for the United States'
Motion for Summary judgment to May 23, 2008 at 10:00 a.m., with defendant's opposition due on or
before May 9, 2008, and any reply from the United States due no later than May 16, 2008.


Date: March 21, 2008                                    Respectfully submitted,


                                                        /s/ R. Todd Luoma
                                                        R. TODD LUOMA, Esq.
                                                        Attorney for Defendant Sonja W. Gorman

                                                        /s/ Michael G. Pitman
                                                        MICHAEL G. PITMAN
                                                        Trial Attorney, Tax Division
                                                        U.S. Department of Justice
                                                        Attorneys for the United States of America

                                          **ORDER**

        Based on the stipulation of the parties and good cause shown, the Court grants a continuance
of the hearing on the United States' Motion for Summary Judgment, now set on April 11, 2008, in
the above referenced matter.  The hearing on the United States' Motion for Summary Judgment is
hereby reset for 10:00 a.m. on May 23, 2008.  The parties shall comply with the briefing
requirements set out in Local Rule 78-230.

        IT IS SO ORDERED.

DATED: March 25, 2008



                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE