IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                                CIV. NO. S- 06-2417 FCD GGH

    vs.

JACK G. GORMAN, JR., et al.,

        Defendants.                        ORDER

_____/

        The government's motion for default judgment against defendant Jack Gorman, Jr., presently is calendared for hearing on April 24, 2008. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion.[1] See E.D. Cal. L.R. 78-230(h).

\\\\\

\\\\\

\\\\\

---

[1] Defendant has not filed an opposition.

1

1     Accordingly, IT IS ORDERED that:

2     1. The April 24, 2008 hearing on the motion for default judgment, filed March 29, 2008, is vacated; and

4     2. The motion is submitted on the record.

DATED: 04/17/08

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:USGorman2417.vac.wpd