R TODD LUOMA, Cal. Bar No. 140066
Law Office of Richard Todd Luoma
11290 Stanford Court Lane, Suite 210
Gold River, CA 95670
(916) 853-2090 (voice)
(916) 853-2091 (fax)
rtluoma@taxlitigator.net

Attorney for Defendant, SONJA W. GORMAN

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>          Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> JACK G. GORMAN, JR., and ) <br> SONJA W. GORMAN, ) <br> ) <br>          Defendants. ) <br> _____ ) | Civil No. 2:06-cv-02417 FCD GGH <br><br> STIPULATION AND ORDER ON JOINT MOTION TO CONTINUE HEARING SCHEDULE FOR THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT |

Plaintiff, United States of America, and defendant, Sonja W. Gorman, through undersigned counsel move jointly to request a continuance of the hearing date for the United States' motion for summary judgment against defendant Sonja W. Gorman now set for May 23, 2008. The parties are continuing their settlement negotiations which are not expected to be completed by the time set for defendant to file her opposition to plaintiff's motion for summary judgment.

Dated: May 8, 2008

Respectfully submitted,

/S/ R. Todd Luoma
R. TODD LUOMA, Esq.
Attorney for Defendant Sonja W. Gorman

/S/ Michael G. Pitman
MICHAEL G. PITMAN
Trial Attorney, Tax Division
U.S. Department of Justice
Attorneys for the United States of America

Stipulation and Order to Continue Hearing                    -1-

**ORDER**

Based on the stipulation of the parties and good cause shown, the Court grants a continuance of the hearing on the United States' Motion for Summary Judgment, now set on May 23, 2008, in the above-referenced matter. The hearing on the United States' Motion for Summary Judgment is hereby reset for 10:00 a.m. on July 11, 2008. The parties shall comply with the briefing requirements set out in the Local Rules. In light of this extension the final pretrial conference set for June 20, 2008 and the jury trial date set for August 26, 2008 are hereby VACATED and shall be reset upon resolution of the summary judgment motion.

IT IS SO ORDERED.

Dated: May 8, 2008

_____
THE HONORABLE FRANK C. DAMRELL
United States District Judge