IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,    CIV. NO. S- 06-2417 FCD GGH

    vs.

JACK G. GORMAN, JR., et al.,

    Defendants.    ORDER
_____/

    The government's motion for default judgment against defendant Jack Gorman, Jr., is pending before the undersigned. In reviewing the motion, questions have arisen concerning the amounts of taxes paid by Jack Gorman to the government as compared to the stated amount of accrued balance due in the declaration of Charles Duff. See Pl.'s Ex. 17; Duff Decl. It is not clear if or how the amount of $62,851.76 referred to in the government's motion is reconciled by the Duff declaration. Pl.'s Mot. at 6:5-6. For example, the Gorman statement, dated March 9, 2004, states that the "sum total of the unpaid Trust Fund Liability is $62,851.76," and that Gorman has paid this amount. Pl.'s Ex. 17. Yet the Duff declaration indicates that a tax balance for many of the same quarters referred to in the Gorman statement is outstanding.

    Accordingly, IT IS ORDERED that within 15 days of this order, the government file a statement explaining if or how the government's receipt of $62,851.76 from defendant on

1

1 | March 2, 2004 figures into the amounts stated in the Duff declaration.

2 | DATED:  10/20/08

/s/ Gregory G. Hollows

---

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:USGorman2417.ord.wpd